12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

# Report on Person Under Supervision

Name of Person: **Crystal A Huang**                     Docket Number: **2:23CR00069-001 DBB**

Name of Sentencing Judicial Officer:          **Honorable David B Barlow**
                                              **U.S. District Judge**

Date of Original Sentence: **September 5, 2023**
Original Offense:          **Securities Fraud**
Original Sentence:         **18 Months Bureau of Prisons Custody/ 24 Months Supervised Release**

| Type of Supervision: | Supervision Began: | Supervision Ends: |
|---|---|---|
| **Supervised Release** | **September 18, 2024** | **September 17, 2026** |

### SUPERVISION SUMMARY

Pursuant to Ms. Huang's motion (attached) requesting early termination of supervision, the following is submitted for the Court's consideration. The regularly scheduled supervision expiration date is September 17, 2026.

The Guide to Judiciary Policy, Volume 8, Part E, Chapter 3, Section 360.20, sets forth general criteria in six categories for assessing whether a statutorily eligible defendant should be recommended to the Court as an appropriate candidate for early termination. The defendant appears to meet all six areas of general criteria for assessing early termination.

1. The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 994(h)) or has not committed a sex offense or engaged in terrorism;
2. The person presents no identified risk of harm to the public or victims;
3. The person is free from any court-reported violations over a 12-month period;
4. The person demonstrates the ability to lawfully self-manage beyond the period of supervision;
5. The person is in substantial compliance with all conditions of supervision; and
6. The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

Ms. Huang appears to have made positive adjustments to supervision. She has maintained stable employment and housing throughout her supervision. She has been marginally cooperative and responsive to probation, reporting each month as requested. She has had no known instances of non-compliance and no new arrests. At the time of sentencing, she was ordered to pay a $100.00 assessment fee and $5,025,000.00 in restitution. The assessment fee has been paid in full and there is a $4,712,275.00 restitution balance. She has been making monthly restitution payments of $700.00. Except for the outstanding restitution, all other supervision conditions have been satisfied.

On July 21, 2025, Ms. Huang received written instructions indicating that restitution must be addressed prior to pursuing early termination, along with the options for resolution, detailed in an email. On December 29, 2025, the defendant's counsel filed a motion for early termination. Following several correspondences with Ms. Huang between July 21, 2025, and June 2026, on June 5, 2026, the financial statement of debtor packet was

Revised 04/26

eventually submitted to the Assistant U.S. Attorney's Office, Financial Litigation Unit, for review. Probation will provide more detailed correspondence if the Court deems necessary.

On July 21, 2026, contact was established with Assistant U.S. Attorney Mark Woolf. AUSA Woolf expressed the government supports the probation office's position and objects to the request. Subsequently, due to Ms. Huang's blatant neglect to follow instructions, the U.S. Probation Office objects to early termination based on the aforementioned information.

If the Court desires more information or another course of action, please contact me at 801-535-2712.

I declare under penalty of perjury that the foregoing is true and correct.

by Kris Langman
U.S. Probation Administrative Assistant
July 21, 2026